UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:10-CR-006 |
| | § | |
| JACK ZIMMERMAN | § | |

### MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Jack Zimmerman**, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

   __X__  Crime of violence (18 U.S.C. §3156);

   _____  Maximum sentence life imprisonment or death

   _____  10 + year drug offense

   _____  Felony, with two prior convictions in above categories

   __X__  Serious risk defendant will flee

   _____  Serious risk obstruction of justice

   __X__  Felony involving a minor victim

   _____  Felony involving a firearm, destructive device, or any other dangerous weapon

Motion for Detention - Page 1

\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

__X__ Defendant's appearance as required

__X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against defendant because (check one or both):

\_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

__X__ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

__X__ At first appearance

\_\_\_\_ After continuance of \_\_ day (not more than 3).

Motion for Detention - Page 2

DATED this 15th day of January, 2010.

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

LISA J. MILLER
Assistant United States Attorney
Oklahoma State Bar No. 16795
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone: 214.659.8615
Facsimile: 214.767.4100
Email: lisa.miller@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on **January 15, 2010**, a copy of the foregoing was served on the defendant or counsel for the defendant in accordance with the Federal Rules of Criminal Procedure.

LISA J. MILLER
Assistant United States Attorney

**Motion for Detention - Page 3**